| | | | |
|---|---|---|---|
| Case No. | SACV 18-02277-AG (KESx) | Date | April 25, 2019 |
| Title | Matthew Verdiglione v. Hunco Development et al | | |

| Present: The Honorable | ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [13], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                                            \_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk    mku